| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | EDWARD C. KWOK (SBN 144302)<br>CLARK S. STONE (SBN 202123)<br>**MacPHERSON KWOK CHEN & HEID LLP**<br>2033 Gateway Place, Suite 400<br>San Jose, California 95110<br>Phone: (408) 392-9250<br>Facsimile: (408) 392-9262<br>email:<br>ekwok@macpherson-kwok.com<br>cstone@macpherson-kwok.com |
| 7<br>8 | Attorneys for Plaintiff,<br>AXL MUSICAL INSTRUMENTS CO., LTD. |

**FILED**

2008 AUG 18 P 3:38

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AXL MUSICAL INSTRUMENTS CO., LTD. a California Corporation,

    Plaintiff,

v.

VHT AMPLIFICATION, INC., a California Corporation,

    Defendant.

CASE NO. C08 03947 JL

**PLAINTIFF'S CERTIFICATE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, Plaintiff AXL MUSICAL INSTRUMENTS CO., LTD. hereby certifies that, other than the named Plaintiff, no other non-party persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding that could be substantially affected by the outcome of this proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

PLAINTIFF'S CERTIFICATE OF NON-PARTY
INTERESTED ENTITIES OR PERSONS

1

1  | Dated: August 18, 2008                    MacPHERSON KWOK CHEN & HEID LLP

2

3
                                              By: _____
4                                                 CLARK S. STONE
                                                  Attorneys for Plaintiff
5                                                 AXL MUSICAL INSTRUMENTS
                                                  CO., LTD.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S CERTIFICATE OF NON-PARTY
INTERESTED ENTITIES OR PERSONS**                                               2