RECEIVED

FILE[

AUG 2 0 2008

1  EDWARD C. KWOK (SBN 144302)
   CLARK S. STONE (SBN 202123)
2  MacPHERSON KWOK CHEN & HEID LLP
   2033 Gateway Place, Suite 400
3  San Jose, California 95110
   Phone: (408) 392-9250
4  Facsimile: (408) 392-9262
   email:
5  ekwok@macpherson-kwok.com
   cstone@macpherson-kwok.com
6

7  Attorneys for Plaintiff,
   AXL MUSICAL INSTRUMENTS CO., LTD.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | AXL MUSICAL INSTRUMENTS CO., LTD., a | CASE NO. C-08-03947-JL
   | California Corporation,               |
13 |                                       | PLAINTIFF'S AMENDED
   |           Plaintiff,                  | CERTIFICATE OF NON-PARTY
14 |                                       | INTERESTED ENTITIES OR
   |   v.                                  | PERSONS
15 |                                       |
16 | VHT AMPLIFICATION, INC., a California |
   | Corporation,                          |
17 |                                       |
   |           Defendant.                  |
18

19     Pursuant to Civil L.R. 3-16, Plaintiff AXL MUSICAL INSTRUMENTS CO., LTD.

20  hereby certifies that the following non-party persons, firms, partnerships, corporations

21  (including parent corporations) or other entities (i) have a financial interest in the subject matter

22  in controversy or in a party to the proceeding that could be substantially affected by the

23  outcome of this proceeding, or (ii) have a non-financial interest in that subject matter or in a
24
    party that could be substantially affected by the outcome of this proceeding.
25
       1.    The Music Link Corp.
26

27

28

PLAINTIFF'S AMENDED CERTIFICATE OF                                                            1
NON-PARTY INTERESTED ENTITIES OR PERSONS

| | | |
|---|---|---|
| 1 | Dated: August 20, 2008 | MacPHERSON KWOK CHEN & HEID LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | CLARK S. STONE |
| 5 | | Attorneys for Plaintiff |
| 6 | | AXL MUSICAL INSTRUMENTS CO., LTD. |

PLAINTIFF'S AMENDED CERTIFICATE OF
NON-PARTY INTERESTED ENTITIES OR PERSONS

2